**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 98-cv-01302-LTB-MJW  (Consolidated with 98-cv-01884, 98-cv-02118, 99-cv-00227, 99-cv-00345,99-cv-00488, 00-cv-00388 and 01-cv-00571)

LINDA LOUGHRIDGE, WILLIAM P. LOUGHRIDGE, JERRY HANNAH, NANCY HANNAH, DONNA L. GARTH, RONALD HOCHFIELD, and MARSHA HOCHFIELD,
BALAJU, L.L.C., a Colorado limited liability company,
DALE V. KESLER, JUDITH A. KESLER, ROSEMARIE GLAS, CHRISTOPHER W. CONGALTON, SUSAN T. CONGALTON, CLAIRE BECK, DR. CALVIN DAKS and CAROL DAKS,
JUSTINE PARKER, HOWARD G. PARKER, JANET SUTTERLEY, RANDY KILGORE, SUE TAYLOR, DARRELL TAYLOR, JANET G. UPTON and CHARLES R. UPTON,
ROBERT B. GROSSMAN, GALE K. GROSSMAN, MARK A LATHROP, SUSAN K. LATHROP, JANICE C. MEYER, GARY Q. BARNETT and JULIA WATSON BARNETT,
ROBERT S. JULIAN and COREY BENDER MINDLIN,
ADDISON L. PIPER, RICHARD C. RACZUK, CLAUDETTE L. RACZUK, THOMAS A. HARDILEK, SANDRA J. HARDILEK, and FUYU FARMS, a Colorado general partnership,
DONALD K. HAGAR, LEILA M. HAGAR, DONALD M. JOHNSON, TERESA Y. JOHNSON, STEVE SHUMAN, KAREN SHUMAN, DAVID PRICE, MARY PRICE TIM BORDEN, JANET BORDEN, JOHN W. PAUL, LINDA T. PAUL, MARCUS MEYER, KARRIE MEYER, JAMES C. HOLZWARTH, NIKI K. HOLZWARTH, MARTHA W. HIBBARD, ROBERT C. COMYN, NOELLE L. COMYN, KIEFER MENDENHALL, MARY MENDENHALL, AND WILLIAM F. GROG on behalf of the GRANTOR RETAINED INCOME TRUST,

    Plaintiffs,
v.

GOODYEAR TIRE AND RUBBER COMPANY, an Ohio corporation, and CHILES POWER SUPPLY COMPANY, INC., d/b/a HEATWAY RADIANT FLOORS AND SNOWMELTING, a Missouri corporation,

    Defendants.

---

**MINUTE ORDER**

---

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    The Motion to be Excused from Further Proceedings and From Receipt of Electronic Filings (Doc 837 - filed May 11, 2006) is **GRANTED**. Defendant Heatway and their counsel, Matthew A. Holmes, are removed from the Court's electronic notification system in this matter.

Dated: May 12, 2006