IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-01302-LTB-MJW
(consolidated with 98-B-1884, 98-B-2118, 99-B-227, 99-B-345, 99-B-488, and 00-B-388, and 01-B-571)

LINDA LOUGHRIDGE and WILLIAM P. LOUGHRIDGE, *et al.*,

    Plaintiffs,

v.

THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio corporation, and CHILES POWER SUPPLY COMPANY, INC., d/b/a HEATWAY RADIANT FLOORS AND SNOWMELTING, a Missouri corporation,

    Defendants.
_____

ORDER
_____

Upon the Stipulated Judgment for Plaintiffs Holzwarth and Sutterley/Kilgore Pursuant to the Tenth Circuit's Ruling (Doc 843 - filed May 23, 2006), it is

ORDERED that judgment enter pursuant to the Tenth Circuit's Order reinstating the full amount of the jury verdicts for these plaintiffs:

**Holzwarth**:
| | |
|---|---|
| Verdict | $121,536.00 |
| Prejudgment Interest | $196,117.00 |
| Per Diem Interest | $   5,433.48 |
| **Total Judgment** | **$323,086.48** |

**Sutterley/Kilgore**:
| | |
|---|---|
| Verdict | $120,036.00 |
| Prejudgment Interest | $193,697.00 |
| Per Diem Interest | $   5,366.25 |
| **Total Judgment** | **$319,099.25** |

Post-judgment interest shall accrue on these judgments at 1.33% per annum from September 8, 2003.

>BY THE COURT:
>
>  s/Lewis T. Babcock
> Lewis T. Babcock, Chief Judge

DATED: May 24, 2006