IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-01317-LTB-MJW
(Consolidated w/98-cv-02118-LTB-MJW and 01-cv-00571-LTB-MJW)

CHAR BLOOM,
AE, INC., a Colorado corporation,
ROSEMARIE GLAS, and
WILLIAM GOROG,

      Plaintiffs,

v.

THE GOODYEAR TIRE & RUBBER COMPANY an Ohio corporation,

      Defendant.

_____

## ORDER
_____

Upon the Stipulated Motions to Consolidate (Civil Action No. 05-cv-01317-LTB-MJW - Doc 85 - filed October 24, 2006 and Civil Action No. 98-cv-01302-LTB-MJW - Doc 851 - filed October 25, 2006), it is

ORDERED that Motions are GRANTED.  The case of *Rosemarie Glas v. Goodyear Tire and Rubber Company,* Civil Action No. 98-cv-02118-LTB and *William Gorog v. Goodyear Tire and Rubber Company*, Civil Action No. 01-cv-00571-LTB (both of which were previously consolidated under Civil Action No. 98-cv-01302-LTB) are consolidated into the captioned matter which will be, from this point forward, the lead case.  All future filings should be made only in Case No. 05-cv-01317-LTB-MJW.  The caption on all future documents should be as referenced above.

BY THE COURT:

   s/Lewis T. Babcock          
Lewis T. Babcock, Chief Judge

DATED: November 27, 2006